U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
**FILED**
OCT 07 2022
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00042 BSM |
| vs. | ) | |
| | ) | |
| CHRISTOPHER MCDERMOTT | ) | 18 U.S.C. § 2252(a)(2) |

### MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendant prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendant is in custody or has been released pending trial.

JONATHAN D. ROSS
United States Attorney

_/s/ Allison W. Bragg_
Allison W. Bragg
AR Bar #2010262
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Allison.Bragg@usdoj.gov

### ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendant is in custody or has been released pending trial.

7 October 2022                    _/s/_
DATE                              UNITED STATES ~~MAGISTRATE JUDGE~~ District Judge