IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
OCT 07 2022
IN OPEN COURT
TAMMY H. DOWNS, CLERK
By: _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:22-cr-00042 BSM |
| vs. | ) | |
| | ) | |
| CHRISTOPHER MCDERMOTT | ) | 18 U.S.C. § 2252(a)(2) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

In or about July 2021, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER MCDERMOTT,

knowingly received and distributed any visual depiction using any means or facility of interstate or foreign commerce; that has been mailed and that has been shipped and transported in and affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of 18 U.S.C. § 2252(a)(2) and (b).

### FORFEITURE ALLEGATION

Upon conviction of Count One of this Indictment, the defendant, CHRISTOPHER MCDERMOTT, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.

(End of text. Signature page attached.)

3